

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Crestcare Nursing and Rehabilitation
Center, LLC, Appellant

No. 06-12-00106-CV          v.

Lonnie Hastings and Freddie Hastings, Jr.,
Individually and as Heirs of Janice
Hastings, Appellee

Appeal from the 188th District Court of
Gregg County, Texas (Tr. Ct. No. 2012-
1504-A).    Opinion delivered by Chief
Justice Morriss, Justice Carter and Justice
Moseley , participating.

 

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that the appellant, Crestcare Nursing and Rehabilitation Center, LLC, pay all costs of this appeal.

RENDERED DECEMBER 21, 2012
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk